IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL RANDALL                          :
                                        :          CIVIL ACTION
        v.                              :
                                        :          NO. 13-3864
CITY OF PHILADELPHIA, ET AL.            :

<u>**O R D E R**</u>

**AND NOW**, this __20th__ day of _____August_____, 2014, upon consideration of

Defendant Police Officer Rabecca Bozeman's Motion for Summary Judgment (ECF No. 27), and

Defendant City of Philadelphia's Motion for Summary Judgment (ECF No. 26), and all

documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

    A.      The Motions are **GRANTED**.

    B.      The Clerk of Court is directed to mark this matter closed.

**IT IS SO ORDERED.**


                                    **BY THE COURT:**


                                  _____

                                  **R. BARCLAY SURRICK, J.**